In the
UNITED STATES DISTRICT COURT
for the SOUTHERN DISTRICT OF INDIANA,
INDIANAPOLIS DIVISION

| | |
|---|---|
| **AUDREY JORMAN**, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CAUSE NO. 1:05-CV-1843-SEB-JMS ) |
| **STATE OF INDIANA, FAMILY & SOCIAL SERVICES ADMINISTRATION,** and **P. MICHAEL HEDDEN in his individual and official capacities**, | ) ) ) ) ) |
| Defendants. | ) |

## **J U D G M E N T**

The Court having this day issued its Entry herein, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that judgment is awarded in favor of Defendant P. Michael Hedden on all claims asserted against him in Count 2 of Plaintiff's Complaint. All claims against Defendants State of Indiana and Family & Social Services Administration including Count I in its entirety having previously been voluntarily dismissed, Plaintiff takes nothing by way of her Complaint in this Cause and it is dismissed.

Date: 08/27/2007

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:   Deborah E. Albright
albright@mrjalaw.com

Juliana B. Pierce
Julie.Pierce@atg.gov

Kathryn Lynn Morgan
Kathryn.Morgan@atg.gov